UNITED STATES of America,
Plaintiff–Appellee,

v.

Santos OMAR–PEREZ, Defendant–
Appellant.

No. 03–50303.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 25, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Juan Jose Garcia, Cumberland, MD, pro se.

Before HIGGINBOTHAM, JONES and BARKSDALE, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Santos Omar–Perez in this direct criminal appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Omar–Perez has not filed a response. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.